Ronald E. Stadtmueller, #140720
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131
(858) 564-9310
ronstadtmueller@aol.com
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In Re:

JEFFREY LY
          Debtor

Case Number: 17-06498-LT7

**TRUSTEE MONTHLY OPERATING REPORT FOR THE MONTH OF DECEMBER 2018**

TO: THE HONORABLE LAURA S. TAYLOR,

    UNITED STATES BANKRUPTCY JUDGE

    The Trustee hereby filed his monthly Operating report indicating receipts and disbursements for the month of December 2018.

    This is the final operating report as the eighth and final property has been sold.

Dated: January 15, 2019                            /s/ Ronald E. Stadtmueller
                                                                                Ronald E. Stadtmueller, Trustee

# Jeffery Ly Rental Properties
## Income Statement
### December 2018

|  |  | Month to Date | % | Year to Date | % |
|---|---|---:|---:|---:|---:|
| 40000-00-000 | INCOME | | | | |
| 40001-00-000 | EFF RENTAL/DUES INCOME | | | | |
| 41000-00-000 | Rental Income | 1,096.77 | 100.00 | 65,268.54 | 97.48 |
| 41190-00-000 | EFFECTIVE RENTAL/DUES INCOME | 1,096.77 | 100.00 | 65,268.54 | 97.48 |
| 41199-00-000 | OTHER INCOME | | | | |
| 41700-00-000 | Miscellaneous Income | 0.00 | 0.00 | 1,684.04 | 2.52 |
| 44900-00-000 | TOTAL OTHER INCOME | 0.00 | 0.00 | 1,684.04 | 2.52 |
| 49999-00-000 | TOTAL INCOME | 1,096.77 | 100.00 | 66,952.58 | 100.00 |
| 50001-00-000 | OPERATING COSTS | | | | |
| 51250-00-000 | Dues | 0.00 | 0.00 | 709.50 | 1.06 |
| 51600-00-000 | Electricity | 35.69 | 3.25 | 317.59 | 0.47 |
| 51850-00-000 | Escrow Fees | 0.00 | 0.00 | 200.00 | 0.30 |
| 52700-00-000 | Insurance | 0.00 | 0.00 | 2,004.20 | 2.99 |
| 54200-00-000 | Lock Repair/Rekey/KnoxBox | 0.00 | 0.00 | 94.39 | 0.14 |
| 54300-00-000 | Maintenance | 0.00 | 0.00 | 2,649.10 | 3.96 |
| 54400-00-000 | Management Fees | 170.00 | 15.50 | 6,622.00 | 9.89 |
| 54600-00-000 | Miscellaneous Expense | 0.00 | 0.00 | 3,425.00 | 5.12 |
| 55700-00-000 | Plumbing Repair/Maint | 0.00 | 0.00 | 1,025.00 | 1.53 |
| 55850-00-000 | Postage/Shipping | 0.00 | 0.00 | 24.54 | 0.04 |
| 57950-00-000 | Water | 129.81 | 11.84 | 4,842.37 | 7.23 |
| 58798-00-000 | TOTAL OPERATING COSTS | 335.50 | 30.59 | 21,913.69 | 32.73 |
| 58799-00-000 | NET OPERATING INCOME | 761.27 | 69.41 | 45,038.89 | 67.27 |
| 63000-00-000 | NET INCOME | 761.27 | 69.41 | 45,038.89 | 67.27 |

# Jeffery Ly Rental Properties
# Balance Sheet
# December 2018

| | Current Balance |
|---|---:|
| **10000-00-000 ASSETS** | |
| 11000-00-000 Torrey Pines Bank Checking | 61,058.59 |
| **19999-00-000 TOTAL ASSETS** | **$61,058.59** |
| | |
| **20000-00-000 LIABILITIES** | |
| 20600-00-000 Security Deposits | 3,200.00 |
| **29999-00-000 TOTAL LIABILITIES** | **3,200.00** |
| | |
| **30000-00-000 CAPITAL AND EQUITY** | |
| 38000-00-000 Retained Earnings | 57,858.59 |
| **39998-00-000 TOTAL CAPITAL AND EQUITY** | **57,858.59** |
| | |
| **39999-00-000 TOTAL LIABILITIES CAPITAL AND EQUITY** | **$61,058.59** |

# Jeffery Ly Rental Properties
# Receipt Register

## December 2018

| Date | Tenant | Account | Amount | Reference | Notes |
|---|---|---|---|---|---|
| 12/04/2018 | Valdez | 41000  Rental Income | $1,700.00 | 1003 | |
| | | Total | $1,700.00 | | |

# Jeffery Ly Rental Properties
## Check Register
## December 2018

| Date | Vendor/Payee | Account | | Amount | Reference | Notes |
|---|---|---|---|---|---|---|
| 12/11/2018 | San Diego Gas & Electric | 51600 | Electricity | $35.69 | 5068 | 11/12-12/4/18 |
| 12/18/2018 | City of Escondido | 57950 | Water | $129.81 | 5069 | 12/5-1/17/19 |
| 12/27/2018 | Pacific Commercial Management | 54400 | Management Fees | $170.00 | 5070 | Dec 2018 Mgmt Fee |
| | | 54400 | Management Fees | $170.00 | 5070 | Dec 2018 Mgmt Fee |
| 12/27/2018 | Valdez | 41000 | Rental Income | $603.23 | 5071 | Refund 11 days - Escrow close 12/20/18 |
| 12/28/2018 | Pacific Commercial Management | 54400 | Management Fees | $170.00 | 5072 | Dec 2018 Mgmt Fee |
| | | | | **$1,278.73** | | |

## The Estate of Jeffery Ly Chkg

### Bank Reconciliation Report
### 12/31/2018
#### 8105554823

#### Posted by: sandra on 1/1/2019

| | | | |
|---|---|---|---|
| **Balance Per Bank Statement as of 12/31/2018** | | | 61,661.82 |
| **Outstanding Checks** | | | |
| Check Date | Check Number | Payee | Amount |
| 12/27/2018 | 5071 | t0000862 - Valdez | 603.23 |
| Less: | Outstanding Checks | | 603.23 |
| | Reconciled Bank Balance | | 61,058.59 |
| | | | |
| **Balance per GL as of 12/31/2018** | | | 61,058.59 |
| | Reconciled Balance Per G/L | | 61,058.59 |
| | | | |
| **Difference** | (Reconciled Bank Balance And Reconciled Balance Per G/L) | | 0.00 |

1

**Rent Roll with Lease Charges**  Page 1
Jeffery Ly Rental Properties (lyrental)
As Of = 11/30/2018
Month Year = 12/2018

| Unit | Unit Type | Unit Sq Ft | Resident | Name | Market Rent | Charge Code | Amount | Resident Deposit | Other Deposit | Move In | Lease Expiration | Move Out | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Current/Notice/Vacant Residents** | | | | | | | | | | | | | |
| 528W10TH | House | 0.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| 844FARR | House | 0.00 | t0000862 | Roberto Valdez | 0.00 | rent | 1,700.00 | 1,200.00 | 0.00 | 12/01/2016 | 11/30/2017 | | 0.00 |
| | | | | | | Total | 1,700.00 | | | | | | |
| 1929KENO | House | 0.00 | t0000863 | Robert Durbin | 0.00 | rent | 2,150.00 | 2,000.00 | 0.00 | 08/01/2017 | 07/31/2018 | | 0.00 |
| | | | | | | Total | 2,150.00 | | | | | | |
| 1937FELI | House | 0.00 | VACANT | VACANT | 0.00 | | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | | Total | 0.00 | | | | | | |
| | | Total | | Jeffery Ly Rental Properties(lyrental) | 0.00 | | 3,850.00 | 3,200.00 | 0.00 | | | | 0.00 |

| Summary Groups | Square Footage | Market Rent | Lease Charges | Security Deposit | Other Deposits | # Of Units | % Unit Occupancy | % Sqft Occupied | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Current/Notice/Vacant Residents | 0.00 | 0.00 | 3,850.00 | 3,200.00 | 0.00 | 4.00 | 50.00 | 0.00 | 0.00 |
| Future Residents/Applicants | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Occupied Units | 0.00 | 0.00 | | | | 2 | 50.00 | 0.00 | |
| Total Non Rev Units | 0.00 | 0.00 | | | | 0 | 0.00 | 0.00 | |
| Total Vacant Units | 0.00 | 0.00 | | | | 2 | 50.00 | 0.00 | |
| **Totals:** | 0.00 | 0.00 | 3,850.00 | 3,200.00 | 0.00 | 4 | 100.00 | 0.00 | 0.00 |

**Summary of Charges by Charge Code**
(Current/Notice Residents Only)

| Charge Code | Amount |
|---|---|
| rent | 3,850.00 |
| Total | 3,850.00 |

Monday, December 17, 2018
03:04 PM