**CSD 3000A** [07/01/18]
Name, Address, Telephone No. & I.D. No.
Timothy J. Truxaw, Esq.
Gary E. Slater, Esq.
Slater & Truxaw, LLP
15373 Innovation Drive., Suite 210
San Diego, CA 92128
Tel: (858) 675-0755 Fax: (858) 675-0733
Attorneys for Plaintiff Ronald E. Stadtmueller, Chapter 7 Trustee

Order Entered on
July 23, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>JEFFERY LY,<br><br>Debtor. | BANKRUPTCY NO. 17-06498-LT7 |
| RONALD E. STADTMUELLER, Chapter 7 Trustee,<br><br>Plaintiff(s) | ADVERSARY NO. 18-90126-LT |
| v.<br><br>JEFFERY LY,<br><br>Defendant(s) | Date of Hearing: August 1, 2019<br>Time of Hearing: 9:30 a.m.<br>Name of Judge: Hon. Laura S. Taylor |

**ORDER ON**
**JOINT MOTION AND STIPULATION FOR ENTRY OF ORDER DISMISSING ADVERSARY PROCEEDING**

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 4 pages. Motion/Application Docket Entry No. 28 .

//

//

//

//

DATED: July 22, 2019

Judge, United States Bankruptcy Court

CSD 3000A [07/01/18] Page **2** of **2**

ORDER ON JOINT MOTION AND STIPULATION FOR ENTRY OF ORDER DISMISSING ADVERSARY PROCEEDING

DEBTOR: Jeffery Ly    CASE NO.:17-06498-LT7
ADV NO.:18-90126-LT

The Court having read and considered the JOINT MOTION AND STIPULATION FOR ENTRY OF ORDER DISMISSING ADVERSARY PROCEEDING (Doc. 28), a true copy of which is attached hereto, marked Exhibit "A" (the "Joint Motion and Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED that the Joint Motion and Stipulation is granted, approved and adopted as the order of the Court herein, as follows:

    (a) the Adversary Proceeding is hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and

    (b) the pretrial status conference hearing date currently scheduled in Department Three of the Court at 9:30 a.m. on August 1, 2019 is removed from the Court's calendar and appearances of counsel are excused.

CSD 3000A

Signed by Judge Laura Stuart Taylor July 22, 2019

| | |
|---|---|
| 1 | Gary E. Slater (State Bar No. 99141) |
| | Timothy J. Truxaw (State Bar No. 106428) |
| 2 | SLATER & TRUXAW, LLP |
| | 15373 Innovation Drive, Suite 210 |
| 3 | San Diego, California 92128 |
| | Tel: (858) 675-0755 |
| 4 | Fax: (858) 675-0733 |
| | Email: tjt@slatertruxaw.com; ges@slatertruxaw.com |
| 5 | |
| | Attorneys for Plaintiff, |
| 6 | Ronald E. Stadtmueller, Chapter 7 Trustee |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| In re | ) | Case No.: 17-06498-LT7 |
| | ) | Chapter 7 |
| JEFFERY LY, | ) | |
| | ) | **Adv. Proceeding No.: 18-90126-LT** |
| Debtor. | ) | |
| | ) | **JOINT MOTION AND STIPULATION** |
| RONALD E. STADTMUELLER, | ) | **FOR ENTRY OF ORDER DISMISSING** |
| Chapter 7 Trustee, | ) | **ADVERSARY PROCEEDING** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Date: August 1, 2019 |
| v. | ) | Time: 9:30 a.m. |
| | ) | Dept: Three (Rm. 129) |
| JEFFERY LY, | ) | Judge: Hon. Laura S. Taylor |
| | ) | |
| Defendant. | ) | |

Ronald E. Stadtmueller, chapter 7 trustee (*"Plaintiff"*) and Jeffery Ly (*"Defendant"*), each by his undersigned counsel of record (together sometimes hereinafter called the *"Parties"*), stipulate and agree as follows:

Pursuant to this Court's order entered on July 22, 2019 in the above-captioned bankruptcy case (ECF Doc. 269, the *"Settlement Order"*), by which the Court authorized and approved the settlement agreement made by and between the Parties respecting the above-captioned adversary proceeding (*"Adversary Proceeding"*), the Parties hereby stipulate and jointly move the Court for entry of its order dismissing the Adversary Proceeding pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

-1-

Exhibit "A" [Page 1 of 2]

1     WHEREFORE, subject to the provisions of the Parties' settlement agreement and the Court's Settlement Order, the Parties jointly request that the Court enter an order dismissing this Adversary Proceeding, and that the Court remove from its calendar without requiring appearances of counsel the continued status conference hearing currently scheduled in Department Three of the Court at 9:30 a.m. on August 1, 2019.

    IT IS SO STIPULATED.

Dated: July 22, 2019      SLATER & TRUXAW, LLP

By:   */s/ Timothy J. Truxaw*
        Timothy J. Truxaw
Attorneys for Ronald E. Stadtmueller,
Chapter 7 Trustee, Plaintiff

Dated: July 22, 2019      BANKRUPTCY LAW CENTER, APC

By:   */s/ Ahren A. Tiller*
        Ahren A. Tiller
Attorneys for Jeffery Ly, Defendant